# EXHIBIT A

# Request for Information
## U.S. Immigration and Customs Enforcement
### Immigration Detention Services – Newark, NJ Area of Responsibility

**A. Introduction**

The United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE) is issuing this Request for Information (RFI) to identify possible detention sites to house non-citizens and immigration violators in support of its public safety mission under the authority of the Immigration and Nationality Act (INA), as amended. This site will support the Newark Field Office.

The intent of this RFI is to obtain market information for planning purposes and to determine appropriate strategies to meet the Agency's requirements. This RFI is issued solely for information and planning purposes and does not constitute an RFP or a commitment to an RFP in the future. Responses to this notice are not considered offers and cannot be accepted by the Government to form a binding contract. Responders are advised that the Government will not pay for any information or administrative cost incurred in response to this announcement and information submitted in response to this RFI will not be returned.

**B. Facility Overview**

Interested parties may utilize one facility or multiple facilities, including existing facilities, newly constructed facilities, or a combination of the two to meet the following facility related conditions.

- Preferably, the facility will be located within a 50-mile ground commute distance from the Newark Field Office. The Newark Field Office is located at: *970 Broad Street Newark, NJ 07102*. The facility should also be within an approximate 30-minute surface commute time of a general acute care hospital that has an emergency room, surgery, medical, and mental health services; and within an approximate 90-minute surface commute time of an ICE Air Operations Unit approved airport.
- The facility must be capable of providing detention (including food, laundry, utilities, etc.), medical, and armed and unarmed guard transportation services, including required physical structures, equipment, personnel, and vehicles.
- Armed transportation shall be provided on a 24-hour period, 7 days a week, and 365 days a year.
- The ideal facility will provide 500 to 600 beds (mainly male, including 60 female beds) for low, medium low, medium high, and high-level security adult detainees, to include a dedicated dorm(s) or Special Housing Unit(s) for ICE detainees with custody classifications of medium-high and high.

1

- Dedicated ICE facilities are preferred; however, facilities shared with other detained populations will be considered as long as appropriate separation of ICE detainees is possible.
- The detention and transportation services must be properly staffed to maintain a safe and secure environment in accordance with 2011 ICE Performance-Based National Detention Standards (PBNDS), Revision December 2016: http://www.ice.gov/detention-standards/2011; and the DHS Final Rule, 6 CFR Part 115, Standards to Prevent, Detect, and Respond to Sexual Abuse and Assault in Confinement Facilities, also known as the DHS Prison Rape Elimination Act (PREA).
    - If your organization is unable to comply with ICE PBNDS 2011, Revision December 2016, please describe what efforts are needed to meet these standards.
    - Full compliance with DHS PREA is **mandatory**.
- The facility should have access to public and commercial transportation routes and services.
- The facility may serve as a transportation hub for picking-up and dropping off ICE detainees.
- Outdoor detainee recreation area is strongly desired.
- Administrative space (including parking) for ICE personnel is highly desired.

**C. RFI Responses:**

- Interested parties should submit the following information:

    - Point of Contact information (name, title, phone number, address, email address).
    - Facility address(es).
    - Facility information: percentage of proposed facility for ICE use up to 100%. Less than 100% is acceptable; however, provide the composition of other populations and their percentage of the overall facility capacity.

- For an existing facility, please provide the following:

    - Year built.
    - Capacity.
    - Information on the number of housing units and number of beds (by gender and classification).
    - Number of medical beds and information on medical, dental, and mental health clinical space.
    - Capacity and information on detainee Video Teleconferencing rooms.
    - Attorney visitation area/rooms with telecommunication capabilities.
    - Number of window-visiting areas.
    - Capacity and information on administrative space and parking for ICE personnel.

- - Size of and information on outdoor detainee recreation area.
  - Photographs of the exterior and interior.
  - Information related to the capabilities of the facility to meet ICE PBNDS 2011, Revision December 2016 and DHS PREA requirements.
  - Availability and timing for potential ICE use.

- For a new facility (or a facility currently under construction), please provide the following:

  - Status of any existing land or structures.
  - Information on the number of housing units and number of beds (by gender and classification).
  - Number of medical beds and information on medical, dental, and mental health clinical space.
  - Information on size and number of detainee teleconferencing rooms.
  - Information on Attorney visitation area/rooms with telecommunication capabilities.
  - Information on number of window visiting areas.
  - Information on size of outdoor detainee recreation area.
  - Photographs of the site(s), and 3D CAD drawings of the exterior and interior.
  - Information related to the capabilities of the facility to meet ICE PBNDS 2011, Revision December 2016 and DHS PREA requirements.
  - Information related to any zoning restrictions, as well as National Environmental Protection Agency (NEPA) laws including a discussion on Environmental Assessments (EA), Environmental Impact Statements (EIS), and FONSI related to the new construction.
  - Availability and timing for potential ICE use.

- If multiple facilities will be used, please provide the following:

  - Information on how the facilities will relate to each other, to include, in the performance of medical care and intake processing.

- Transportation distances to the following (include the name and address of closest location):

  - Hospitals.
  - Immigration Court.
  - Major airports.
  - Train stations.

3

- Bus stations.
- Fire stations.

- Also describe the following items:

  - Access to public and commercial transportation routes and services.
  - Access to local consulates and pro-bono legal services.
  - Current detention services provided to ICE, Customs and Border Protection, U.S. Marshals Service, Federal Bureau of Prisons, or other federal agencies.
  - Proposed staffing, training, and ability to provide language services (interpretation and translation) for any Limited English Proficiency (LEP) populations.

- Interested parties may also provide responses to the following:

  - In the past, the Government has priced detention contracts with an all-in bed day rate. Are there other pricing structures that could be used to better distribute risk between the Government and a contractor which might result in better operational and business outcomes for all parties?
  - The Government has various requirements for operations at its facilities. Based on your experience, which of these requirements drive the most cost? Why?
  - Are there any changes to requirements that you might recommend that would better meet *best value*, i.e., by reducing cost substantially without sacrificing the effectiveness of core operations?
  - The Government would like to work with its contractors to jointly identify, plan, prioritize, and implement cost improvement initiatives throughout the period of performance. What experience does your organization have in such activities? Briefly describe both your internal cost improvement capabilities and how you work with other enterprises (i.e., your customers or suppliers) to enact joint improvements.
  - Does the contractor have any innovative ideas for leveraging technology, data, or analytics in order to decrease costs or increase staff efficiency in detention facilities? Briefly describe.

**D. RFI Submission**

Responses must be submitted no later than **5 p.m. Eastern Time on 15 June 2023**. Responses cannot exceed **15 pages** in length. Responses shall be submitted to all of the following personnel via email:

John L. Kurtz, Contracting Officer, John.Kurtz@ice.dhs.gov, Mobile: 202-993-1101.

Musa Kamara Sr., Contract Specialist, [Musa.Kamara@ice.dhs.gov](mailto:Musa.Kamara@ice.dhs.gov), Mobile: 202-731-7089.

Contractors may provide additional feedback (i.e., questions, comments, etc.) to the Government regarding the RFI. Government responses to industry feedback will not be provided or published. However, if formally solicited, industry feedback may be taken into account when finalizing the solicitation documentation including the requirements of the Statement of Work.