# EXHIBIT B

# Acquisition Planning Forecast System



### Forecast Record Number:  F2024064617

| Component: ICE/ERO | Published Date: Jan. 25, 2024, 5:21 p.m. | Previously Published On: |
|---|---|---|

| | |
|---|---|
| **NAICS:** 561612 - Security Guards and Patrol Services | **Competition:** YES |
| **Contract Vehicle:** Indefinite Delivery Contract | **Small Business Program:** None |
| **Contract Status:** New Requirement | **Anticipated Award Quarter:** Q3 FY2024 |
| **Estimated Solicitation Release:** 2024-03-20 | **Contract Complete:** 2034-06-30 |
| **Requirements Title:** U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) - Newark, NJ Area of Responsibility - Contract Detention Facility | |

**Description:** The United States Department of Homeland Security (DHS)/ICE is responsible for the detention, health, welfare, transportation, and deportation of non-citizens in removal proceedings, and those subject to a final order of removal from the United States. The mission of ICE ERO is to identify, arrest, and remove aliens, who present a danger to national security or are a risk to public safety, as well as those who enter the United States illegally or otherwise undermine the integrity of immigration laws and border control efforts. In implementing its mission. ERO is responsible for carrying out all orders for the securing and departure activities of non-citizens who are designated in removal proceedings and for arranging for the detention of non-citizens when such becomes necessary and prescribed by law. The ERO Newark area field office requires comprehensive detention services at a contractor-owned/contractor-operated detention facility with the capacity to house up to 600 non-citizens, to include up to 50 female beds, on a 24 hour per day, 7 day per week, 365 days per year basis, to include a dedicated dorm(s) or Special Housing Unit(s) for ICE detainees with custody classifications of medium-high and high. The detention facility shall provide safe and secure conditions of confinement based on the individual characteristics of a diverse population, including threat to the community, risk of flight, type and status of immigration proceeding, community ties, medical and mental health issues. The detention facility shall provide medical services, abundant natural light throughout the facility; ample indoor and outdoor recreation that allows for vigorous aerobic at a minimum of four hours per day of indoor/outdoor recreation; private showers and restrooms (where practicable); cafeteria style meal service or satellite feeding; non-institutional non-citizen clothing; contact visitation (if applicable), including special arrangements for visiting families, with extended hours including nights and weekends (where practicable), private areas for attorney-client visits, with Video Teleconferencing (VTC) capabilities; noise control; enhanced, but controlled freedom of movement (although the manner and degree of implementation may vary based on security levels); enhanced law library and legal resources; and enhanced programming, including religious services and social programs and dedicated space for religious services. The facility shall provide armed and unarmed guard transportation services, including required physical structures, equipment, personnel, and vehicles. Armed transportation shall be provided on a 24-hour period, 7 days a week, and 365 days a year. Detention services shall be performed in accordance with optimal level of the most current version of the ICE Performance-Based National Detention Standards (PBNDS) 2011 with 2016 revisions. The contractor shall also be responsible for obtaining and maintaining American Correctional Association (ACA) accreditation under the most current version of the Adult Local Detention Facilities (ALDF) Standards to include any supplement. The contractor will furnish all personnel, management, equipment, supplies, training, certification, accreditation, and services necessary for performance of all aspects of this requirement.

| **Estimated Dollar Range:** Over $100,000,000.00 | **Place of Performance:** Newark, NJ |
|---|---|
| **POC Name:** Carol Frey | **Alternate POC Name:** John Kurtz |
| **POC Phone:** (973) 477-8553 | **Alternate POC Phone:** (202) 993-1101 |
| **POC Email:** Carol.Frey@ice.dhs.gov | **Alternate POC Email:** John.Kurtz@ice.dhs.gov |