# EXHIBIT C



APRIL 5, 2024 • WASHINGTON, DC • STATEMENT

# Readout of US Immigration and Customs Enforcement meeting with private detention contractor

WASHINGTON – U.S. Immigration and Customs Enforcement leadership met with the GEO Group this week as part of ongoing engagement with detention contractors. The use of private detention contractors is a vital piece of the national detention system enabling ICE to successfully execute its mission with less than 4% of facilities being ICE owned and operated. The ability for the agency to remove individuals to their home countries, hold those in custody who require detention and are a public safety threat is directly dependent on location and availability of detention space. ICE continues to modernize the immigration system as resources allow to realize cost efficiencies across the operational landscape.

U.S. Immigration and Customs Enforcement engages with stakeholders nationwide, including state, local, tribal, territorial governments, elected officials, and law enforcement, the private sector, faith-based organizations and colleges and universities.

Updated: 04/05/2024

## MEDIA INQUIRIES

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

About Us

Immigration Enforcement

Combating Transnational Crime

Newsroom

     



**U.S. Immigration and Customs Enforcement**

**ICE Contact Center**

Report suspicious activity: 1-866-DHS-2-ICE

 ICE.gov

An official website of the **U.S. Department of Homeland Security**

- About ICE
- Accessibility
- FOIA Requests
- Privacy Policy
- DHS.gov
- Archive
- No FEAR Act Data
- Site Links
- Performance Reports
- Inspector General
- The White House
- DHS Components
- USA.gov



National Terrorism Advisory System

**NTAS** NATIONAL TERRORISM ADVISORY SYSTEM

**NO CURRENT ADVISORIES**

*Put this widget on your web page*