IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

THE GEO GROUP, INC.,

    Plaintiff,

- against -

PHILIP D. MURPHY, in his official capacity as Governor of New Jersey; and MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey,

    Defendants.

Case No. 3:24-cv-04990-RK-TJB

**[PROPOSED] CONSENT ORDER GRANTING PRELIMINARY RELIEF**

---

Having considered the pending motion of Plaintiff The GEO Group ("GEO") for an entry of a preliminary and permanent injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Civil Rule 65.1 against Defendants Governor Philip D. Murphy and Attorney General Matthew J. Platkin ("Defendants"), as well as the joint request of the parties for the entry of a consent order in this matter, the Court hereby **ORDERS** as follows:

1.     **ORDERED** that Defendants are preliminarily enjoined from enforcing N.J. Stat. Ann. § 30:4-8.16(b)(2) against a private detention facility—including any owned by Plaintiff GEO—until a further Order of this Court is issued following a decision by the Third Circuit resolving the appeal in *CoreCivic, Inc. v. Governor of New Jersey*, No. 23-967 (D.N.J. Aug. 29, 2023); and it is further

2. **ORDERED** that within thirty days of the Third Circuit's decision resolving the appeal in *CoreCivic, Inc. v. Governor of New Jersey*, 23-2598, the parties shall submit a joint letter informing the Court of their respective positions on whether that decision impacts this consent order; and it is further

3. **ORDERED** that this matter is otherwise ADMINISTRATIVELY STAYED pending further Order of this Court following the Third Circuit's *CoreCivic* decision.

Date: _____, 2024        _____

                                                                     The Honorable Robert Kirsch
                                                                     United States District Court Judge